## ORR v. STATE.
### No. 23672.

Court of Criminal Appeals of Texas.
May 28, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for theft of property over the value of $50. The penalty assessed is confinement in the state penitentiary for a term of five years.

The proceedings appear regular. The record is before this court without a statement of facts or bills of exception. Consequently, nothing is presented for review.

The judgment of the trial court is affirmed.

## MOON v. STATE.
### No. 23656.

Court of Criminal Appeals of Texas.
May 14, 1947.

Rehearing Denied June 11, 1947.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of two years in the penitentiary upon a conviction for theft.

The record as presented contains neither bills of exception nor a statement of facts. The proceedings are regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.